[No. 14965–2–I.   Division One.   September 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
LEROY HALE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00478–5, Peter K. Steere, J., entered June 5, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 15157–6–I.   Division One.   September 8, 1986.]

RONALD W. SIMMONS, *Appellant,* v. INTERNATIONAL LONGSHOREMEN'S AND WAREHOUSEMEN'S UNION, LOCAL 7, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–2–01002–1, Jack S. Kurtz, J., entered October 15, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.

[No. 15083–9–I.   Division One.   September 8, 1986.]

TRI–STATE CONSTRUCTION, INC., *Respondent,* v. CMN CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–00016–5, Horton Smith, J., entered July 6, 1984. *Reversed* by unpublished opinion per Ringold, J., concurred in by Scholfield, C.J., and Williams, J.

[No. 16657–3–I.   Division One.   September 8, 1986.]

*In the Matter of the Personal Restraint of*
CYNTHIA ELLEN MARLER, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Webster, J., concurred in by Williams and Grosse, JJ.